**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-04345 | EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | | | | Date Filed (f) or Converted (c): | 05/31/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2016 |
| For Period Ending: | 12/31/2017 | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Property located at lot #8 Calle Marginal Rd 100 Miradero Ward on Cabo Rojo | 0.00 | 600,000.00 | | 600,000.00 | FA |
| 2. Rental income commercial property and land lot located at Miradero Ward on Cabo Rojo, Puerto Rico | 0.00 | 96,000.00 | | 96,000.00 | FA |
| 3. Commercial property located at South Marginal PR-2 Km. 166.6 Lavadero Ward on Hormigueros, Puerto RIco [Ricomini Bakery de Hormigueros / Lot 6,445] | 0.00 | 810,000.00 | | 750,000.00 | FA |
| 4. Machinery and equipment- Bakery | 0.00 | 4,000.00 | | 4,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $1,510,000.00 | | $1,450,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Property sold during 2017, estate tax become due on April 15, 2018.
Pending review of claims and objection as may be deemed necessary.

Initial Projected Date of Final Report (TFR): 06/30/2018    Current Projected Date of Final Report (TFR): 06/30/2018

Trustee Signature:    /s/ WIGBERTO LUGO-MENDER, TRUSTEE    Date: 02/14/2018
WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR 00968-8052
wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-04345 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX9748 |
| | | | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | XX-XXX2208 | Blanket Bond (per case limit): | $20,784,850.00 |
| For Period Ending: | 12/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/20/16 | 1 | VALENTIN ALONSO MARTINEZ | Good faith deposit to purchase property located at Rd 100 Miradero Ward on Cabo Rojo, PR [Refer to dockets #31, #37 and #69] | 1110-000 | $20,000.00 | | $20,000.00 |
| 08/08/16 | 3001 | LUGO MENDER, WIGBERTO Centro Internacional de Mercadeo100 Carr. 165 Suite 501Guaynabo, PR 00968-8052 | As per Court Order entered on August 5, 2016 [Reimbursed expenses] Refer to dockets #20 and #24 | 2200-000 | | $134.24 | $19,865.76 |
| 08/25/16 | 2 | FARMACIA CONSTANCIA, INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $31,865.76 |
| 09/08/16 | 3002 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Filing fees Motion to Sell Property Free and Clear of Liens [Docket #31] Comercial property located at Rd 100 Miradero Ward on Cabo Rojo, PR | 2700-000 | | $176.00 | $31,689.76 |
| 09/14/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $43,689.76 |
| 10/04/16 | 3003 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND Per Order dated October 26, 2016 [Refer to dockets #40 and #51] | 2300-000 | | $71.74 | $43,618.02 |
| 12/02/16 | 2 | CONSTANCIA PHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $55,618.02 |
| 12/14/16 | 2 | CONSTANCIA FHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $67,618.02 |
| 12/14/16 | 2 | CONSTANCIA BAKERY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $79,618.02 |
| 12/14/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $91,618.02 |
| 12/15/16 | 1 | ORIENTAL BANK- VAM PROPERTIES | Proceeds from sale property located at Rd 100 Miradero Ward on Cabo Rojo, PR Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 1110-000 | $580,000.00 | | $671,618.02 |

Page Subtotals: $672,000.00 $381.98

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-04345 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX9748 |
| | | | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | XX-XXX2208 | Blanket Bond (per case limit): | $20,784,850.00 |
| For Period Ending: | 12/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/16 | 3004 | CLERK US BANKRUPTCY COURT | Certify documents for closing sale | 2500-000 | | $44.00 | $671,574.02 |
| 12/15/16 | 3005 | JOSE TORRES SEIJO | As per Court Order entered on October 5, 2016 (Realtor fees) Refer to dockets #32 and #42 | 3510-000 | | $24,000.00 | $647,574.02 |
| 12/15/16 | 3006 | GOBLE & GUZMAN LAW OFFICES, PSC | Stamps and recording fees for the sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 2500-000 | | $2,353.00 | $645,221.02 |
| 12/15/16 | 3007 | GOBLE & GUZMAN LAW OFFICES, PSC | Notarial Fees sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 3210-000 | | $13,925.00 | $631,296.02 |
| 12/15/16 | 3008 | CENTRO DE RECAUDACION INGRESOS MUNI PO BOX 195387 SAN JUAN, PR 00919-5387 | PIN # 308-085-275-03-001 Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 4700-000 | | $16,257.40 | $615,038.62 |
| 12/15/16 | 3009 | LCDO. MANUEL A FRAU-CATASUS | Stamps and recording fees for the sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 2500-000 | | $6,843.50 | $608,195.12 |
| 12/15/16 | 3010 | BANCO POPULAR DE PUERTO RICO PO Box 362708 San Juan, PR 00936-2708 | Payment to Secured Creditor Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 4110-000 | | $520,000.00 | $88,195.12 |
| 12/15/16 | 3011 | LCDO. MANUEL A FRAU-CATASUS | NOTARIAL EXPENSES Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 3210-000 | | $250.00 | $87,945.12 |
| | | | Page Subtotals: | | $0.00 | $583,672.90 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-04345  
Case Name: RICOMINI BAKERY HORMIGUEROS INC  
Taxpayer ID No: XX-XXX2208  
For Period Ending: 12/31/2017

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX9748  
Banco Santander, P.R. - Checking Ac  
Blanket Bond (per case limit): $20,784,850.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/16 | 4 | PANADERIA Y REPOSTERIA KARY | Proceeds from sale bakery machinery and equipments [Per docket #70, #78 and #87] | 1129-000 | $4,000.00 | | $91,945.12 |
| 12/29/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $103,945.12 |
| 01/10/17 | 3012 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Filing Fee Motion for Sale Property Free and Clear of Liens [Docket #76] | 2700-000 | | $181.00 | $103,764.12 |
| 02/16/17 | 3013 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Certification of records | 2700-000 | | $44.00 | $103,720.12 |
| 02/21/17 | 2 | CONSTANCIA PHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $6,000.00 | | $109,720.12 |
| 02/21/17 | 2 | CONSTANCIA BAKERY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $6,000.00 | | $115,720.12 |
| 02/21/17 | 3014 | CENTRO DE RECAUDACION INGRESOS MUNI MUNICIPALESPO BOX 195387SAN JUAN, PR 00919-5387 | PIN # 284-095-007-86-000 Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4700-000 | | $10,117.52 | $105,602.60 |
| 02/21/17 | 3015 | INTERNAL REVENUE SERVICE PO BOX 7346PHILADELPHIA PA 19101-7346 | Attachment Reference #132712914 Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4300-000 | | $1,258.78 | $104,343.82 |
| 02/21/17 | 3016 | BANCO POPULAR DE PUERTO RICO PO Box 362708San Juan, PR 00936-2708 | Payment to Secured Creditor Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4110-000 | | $625,000.00 | ($520,656.18) |
| 02/21/17 | 3017 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Notarial fees- Sales Deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 3210-000 | | $7,500.00 | ($528,156.18) |

Page Subtotals: $28,000.00 $644,101.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-04345 | | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | | Bank Name: | BANCO SANTANDER |
| | | | Account Number/CD#: | XXXXXX9748 |
| | | | | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | XX-XXX2208 | | Blanket Bond (per case limit): | $20,784,850.00 |
| For Period Ending: | 12/31/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/17 | 3018 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Stamps and recording fees- Sales deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 2500-000 | | $827.00 | ($528,983.18) |
| 02/21/17 | 3019 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Notarial fees- Cancellation Deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 3210-000 | | $6,500.00 | ($535,483.18) |
| 02/21/17 | 3020 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Stamps and recording fees- Cancellation Deed and Other expenses Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 2500-000 | | $7,809.50 | ($543,292.68) |
| 02/22/17 | 3 | KEYLA TRAVERSO | Proceeds from sale commercial Lavadero Ward on Hormigueros, Puerto Rico [Refer to dockets #76, #85 and #90] | 1110-000 | $750,000.00 | | $206,707.32 |
| 03/08/17 | 3021 | LUGO MENDER, WIGBERTO Centro Internacional de Mercadeo100 Carr. 165 Suite 501Guaynabo, PR 00968-8052 | As per Court Order entered on March 7, 2017 [Reimbursed expenses] Refer to dockets #89 and #93 | 2200-000 | | $501.35 | $206,205.97 |
| 04/05/17 | 3022 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo100 Carr. 165 Torre I Suite 501Guaynabo, PR 00968 | As per Court Order entered on April 5, 2017 [Trustee's Attorney] Refer to dockets #91 and #96 | 3110-000 | | $4,635.00 | $201,570.97 |
| 04/10/17 | 3024 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Certify document- Writ Cancellation of Mortgage Note | 2700-000 | | $11.00 | $201,559.97 |
| 09/11/17 | 3025 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo100 Carr. 165 Torre I Suite 501Guaynabo, PR 00968 | As per Court Order entered on , 2017 [Trustee's Attorney] Refer to dockets #105 and #108 | | | $985.19 | $200,574.78 |
| | | LUGO MENDER GROUP, LLC | As per Court Order entered on , 2017 [Trustee's Attorney] | ($962.50) 3110-000 | | | |

| | | | Page Subtotals: | | $750,000.00 | $21,269.04 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-04345  
Case Name: RICOMINI BAKERY HORMIGUEROS INC  
Taxpayer ID No: XX-XXX2208  
For Period Ending: 12/31/2017  

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX9748  
Banco Santander, P.R. - Checking Ac  
Blanket Bond (per case limit): $20,784,850.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | LUGO MENDER GROUP, LLC | ($22.69) | 3120-000 |  |  |  |
| 10/26/17 |  | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium | 2300-000 |  | $467.41 | $200,107.37 |
| 11/02/17 |  | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium | 2300-000 |  | $0.13 | $200,107.24 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,450,000.00 | $1,249,892.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,450,000.00 | $1,249,892.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,450,000.00 | $1,249,892.76 |

Page Subtotals: $0.00 $467.54

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9748 - Banco Santander, P.R. - Checking Ac | $1,450,000.00 | $1,249,892.76 | $200,107.24 |
|  | $1,450,000.00 | $1,249,892.76 | $200,107.24 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,450,000.00 |
| Total Gross Receipts: | $1,450,000.00 |

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE   Date: 02/14/2018

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
wlugo@ecf.epiqsystems.com

Page Subtotals:   $0.00   $0.00