# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### HATO REY (SAN JUAN) DIVISION

| | |
|---|---|
| In Re: § <br> § <br> RICOMINI BAKERY HORMIGUEROS § <br> INC § <br> § <br> § <br> Debtor § | Case No. 16-04345 |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WIGBERTO LUGO-MENDER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,304,282.87     Claims Discharged
                                                    Without Payment:  NA

Total Expenses of Administration:  145,717.13

---

3) Total gross receipts of $ 1,450,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,450,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,691,473.02 | $ 1,172,633.70 | $ 1,172,633.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 145,717.13 | 145,717.13 | 145,717.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 71,597.03 | 60,593.47 | 60,593.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,729,617.96 | 1,559,997.65 | 71,055.70 |
| TOTAL DISBURSEMENTS | $ NA | $ 5,638,405.14 | $ 2,938,941.95 | $ 1,450,000.00 |

    4) This case was originally filed under chapter 7 on 05/31/2016 . The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2019      By:/s/WIGBERTO LUGO-MENDER, TRUSTEE
                                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial property located at South Marginal PR-2 | 1110-000 | 750,000.00 |
| Property located at lot #8 Calle Marginal Rd 100 | 1110-000 | 600,000.00 |
| Rental income commercial property and land lot | 1122-000 | 96,000.00 |
| Machinery and equipment- Bakery | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,450,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANCO POPULAR DE PUERTO RICO | 4110-000 | NA | 1,145,000.00 | 1,145,000.00 | 1,145,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | BANCO POPULAR DE PUERTO RICO SPECIAL LOANS | 4110-000 | NA | 1,510,000.00 | 0.00 | 0.00 |
| 3-1A | CRIM | 4110-000 | NA | 7,177.27 | 0.00 | 0.00 |
| 3-2 | CRIM | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 4300-000 | NA | 1,258.78 | 1,258.78 | 1,258.78 |
| 6 | INTERNAL REVENUE SERVICE | 4300-000 | NA | 1,662.05 | 0.00 | 0.00 |
| | CENTRO DE RECAUDACION INGRESOS MUNI | 4700-000 | NA | 26,374.92 | 26,374.92 | 26,374.92 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 2,691,473.02 | $ 1,172,633.70 | $ 1,172,633.70 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WIGBERTO LUGO-MENDER | 2100-000 | NA | 66,750.00 | 66,750.00 | 66,750.00 |
| WIGBERTO LUGO-MENDER | 2200-000 | NA | 753.38 | 753.38 | 753.38 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 467.54 | 467.54 | 467.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 71.74 | 71.74 | 71.74 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK US BANKRUPTCY COURT | 2500-000 | NA | 44.00 | 44.00 | 44.00 |
| GOBLE & GUZMAN LAW OFFICES, PSC | 2500-000 | NA | 10,989.50 | 10,989.50 | 10,989.50 |
| LCDO. MANUEL A FRAU-CATASUS | 2500-000 | NA | 6,843.50 | 6,843.50 | 6,843.50 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 412.00 | 412.00 | 412.00 |
| LUGO MENDER GROUP, LLC | 3110-000 | NA | 5,597.50 | 5,597.50 | 5,597.50 |
| LUGO MENDER GROUP, LLC | 3120-000 | NA | 22.69 | 22.69 | 22.69 |
| GOBLE & GUZMAN LAW OFFICES, PSC | 3210-000 | NA | 27,925.00 | 27,925.00 | 27,925.00 |
| LCDO. MANUEL A FRAU-CATASUS | 3210-000 | NA | 250.00 | 250.00 | 250.00 |
| ALBERT TAMAREZ VASQUEZ | 3410-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| ALBERT TAMAREZ VASQUEZ | 3420-000 | NA | 90.28 | 90.28 | 90.28 |
| JOSE TORRES SEIJO | 3510-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 145,717.13 | $ 145,717.13 | $ 145,717.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | MUNICIPIO DE CABO ROJO | 5800-000 | NA | 60,581.04 | 49,577.48 | 49,577.48 |
| 5A | STATE INSURANCE FUND CORPORATION | 5800-000 | NA | 11,015.99 | 11,015.99 | 11,015.99 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 71,597.03 | $ 60,593.47 | $ 60,593.47 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | BANCO POPULAR DE PUERTO RICO SPECIAL LOANS | 7100-000 | NA | 1,180,283.34 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | BANCO POPULAR DE PUERTO RICO SPECIAL LOANS | 7100-000 | NA | 1,509,083.34 | 1,509,083.34 | 68,736.63 |
| 2 | CRIM | 7100-000 | NA | 7,186.10 | 7,186.10 | 327.32 |
| 3-1B | CRIM | 7100-000 | NA | 352.96 | 0.00 | 0.00 |
| 4B | MUNICIPIO DE CABO ROJO | 7100-000 | NA | 0.00 | 11,015.99 | 501.76 |
| 7 | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 9,552.53 | 9,552.53 | 435.10 |
| 8 | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 2,079.83 | 2,079.83 | 94.73 |
| 5B | STATE INSURANCE FUND CORPORATION | 7100-000 | NA | 21,079.86 | 21,079.86 | 960.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,729,617.96 | $ 1,559,997.65 | $ 71,055.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-04345 | EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | | | | Date Filed (f) or Converted (c): | 05/31/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2016 |
| For Period Ending: | 08/16/2019 | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Property located at lot #8 Calle Marginal Rd 100 Miradero Ward on Cabo Rojo | 0.00 | 600,000.00 | | 600,000.00 | FA |
| 2. Rental income commercial property and land lot located at Miradero Ward on Cabo Rojo, Puerto Rico | 0.00 | 96,000.00 | | 96,000.00 | FA |
| 3. Commercial property located at South Marginal PR-2 Km. 166.6 Lavadero Ward on Hormigueros, Puerto RIco [Ricomini Bakery de Hormigueros / Lot 6,445] | 0.00 | 810,000.00 | | 750,000.00 | FA |
| 4. Machinery and equipment- Bakery | 0.00 | 4,000.00 | | 4,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $1,510,000.00     $1,450,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-04345 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: RICOMINI BAKERY HORMIGUEROS INC | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX9748 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX2208 | Blanket Bond (per case limit): $16,477,482.00 |
| For Period Ending: 08/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/20/16 | 1 | VALENTIN ALONSO MARTINEZ | Good faith deposit to purchase property located at Rd 100 Miradero Ward on Cabo Rojo, PR [Refer to dockets #31, #37 and #69] | 1110-000 | $20,000.00 | | $20,000.00 |
| 08/08/16 | 3001 | LUGO MENDER, WIGBERTO Centro Internacional de Mercadeo100 Carr. 165 Suite 501Guaynabo, PR 00968-8052 | As per Court Order entered on August 5, 2016 [Reimbursed expenses] Refer to dockets #20 and #24 | 2200-000 | | $134.24 | $19,865.76 |
| 08/25/16 | 2 | FARMACIA CONSTANCIA, INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $31,865.76 |
| 09/08/16 | 3002 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Filing fees Motion to Sell Property Free and Clear of Liens [Docket #31] Comercial property located at Rd 100 Miradero Ward on Cabo Rojo, PR | 2700-000 | | $176.00 | $31,689.76 |
| 09/14/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $43,689.76 |
| 10/04/16 | 3003 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND Per Order dated October 26, 2016 [Refer to dockets #40 and #51] | 2300-000 | | $71.74 | $43,618.02 |
| 12/02/16 | 2 | CONSTANCIA PHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $55,618.02 |
| 12/14/16 | 2 | CONSTANCIA FHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $67,618.02 |
| 12/14/16 | 2 | CONSTANCIA BAKERY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $79,618.02 |
| 12/14/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $91,618.02 |
| 12/15/16 | 1 | ORIENTAL BANK- VAM PROPERTIES | Proceeds from sale property located at Rd 100 Miradero Ward on Cabo Rojo, PR Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 1110-000 | $580,000.00 | | $671,618.02 |

Page Subtotals: $672,000.00 $381.98

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-04345 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: RICOMINI BAKERY HORMIGUEROS INC | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX9748 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX2208 | Blanket Bond (per case limit): $16,477,482.00 |
| For Period Ending: 08/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/16 | 3004 | CLERK US BANKRUPTCY COURT | Certify documents for closing sale | 2500-000 | | $44.00 | $671,574.02 |
| 12/15/16 | 3005 | JOSE TORRES SEIJO | As per Court Order entered on October 5, 2016 (Realtor fees) Refer to dockets #32 and #42 | 3510-000 | | $24,000.00 | $647,574.02 |
| 12/15/16 | 3006 | GOBLE & GUZMAN LAW OFFICES, PSC | Stamps and recording fees for the sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 2500-000 | | $2,353.00 | $645,221.02 |
| 12/15/16 | 3007 | GOBLE & GUZMAN LAW OFFICES, PSC | Notarial Fees sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 3210-000 | | $13,925.00 | $631,296.02 |
| 12/15/16 | 3008 | CENTRO DE RECAUDACION INGRESOS MUNI PO BOX 195387 SAN JUAN, PR 00919-5387 | PIN # 308-085-275-03-001 Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 4700-000 | | $16,257.40 | $615,038.62 |
| 12/15/16 | 3009 | LCDO. MANUEL A FRAU-CATASUS | Stamps and recording fees for the sale of a property located at #8 Marginal Street Road 100, Km 6.6 Miradero Ward Cabo Rojo, Puerto Rico Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 2500-000 | | $6,843.50 | $608,195.12 |
| 12/15/16 | 3010 | BANCO POPULAR DE PUERTO RICO PO Box 362708 San Juan, PR 00936-2708 | Payment to Secured Creditor Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 4110-000 | | $520,000.00 | $88,195.12 |
| 12/15/16 | 3011 | LCDO. MANUEL A FRAU-CATASUS | NOTARIAL EXPENSES Per Order entered on September 30, 2016 [Refer to dockets #31, #37 and #69] | 3210-000 | | $250.00 | $87,945.12 |
| | | | Page Subtotals: | | $0.00 | $583,672.90 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-04345  
Case Name: RICOMINI BAKERY HORMIGUEROS INC  
Taxpayer ID No: XX-XXX2208  
For Period Ending: 08/16/2019

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX9748  
Banco Santander, P.R. - Checking Ac  
Blanket Bond (per case limit): $16,477,482.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/16 | 4 | PANADERIA Y REPOSTERIA KARY | Proceeds from sale bakery machinery and equipments [Per docket #70, #78 and #87] | 1129-000 | $4,000.00 | | $91,945.12 |
| 12/29/16 | 2 | FARMACIA CONSTANCIA INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $12,000.00 | | $103,945.12 |
| 01/10/17 | 3012 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Filing Fee Motion for Sale Property Free and Clear of Liens [Docket #76] | 2700-000 | | $181.00 | $103,764.12 |
| 02/16/17 | 3013 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Certify documents for closing sale [property located at Miradero Ward on Cabo Rojo] | 2700-000 | | $44.00 | $103,720.12 |
| 02/21/17 | 2 | CONSTANCIA PHARMACY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $6,000.00 | | $109,720.12 |
| 02/21/17 | 2 | CONSTANCIA BAKERY INC | Collection rent property located at Miradero Ward on Cabo Rojo | 1122-000 | $6,000.00 | | $115,720.12 |
| 02/21/17 | 3014 | CENTRO DE RECAUDACION INGRESOS MUNI MUNICIPALESPO BOX 195387SAN JUAN, PR 00919-5387 | PIN # 284-095-007-86-000 Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4700-000 | | $10,117.52 | $105,602.60 |
| 02/21/17 | 3015 | INTERNAL REVENUE SERVICE PO BOX 7346PHILADELPHIA PA 19101-7346 | Attachment Reference #132712914 Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4300-000 | | $1,258.78 | $104,343.82 |
| 02/21/17 | 3016 | BANCO POPULAR DE PUERTO RICO PO Box 362708San Juan, PR 00936-2708 | Payment to Secured Creditor Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 4110-000 | | $625,000.00 | ($520,656.18) |
| 02/21/17 | 3017 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Notarial fees- Sales Deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 3210-000 | | $7,500.00 | ($528,156.18) |
| | | | Page Subtotals: | | $28,000.00 | $644,101.30 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-04345 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX9748 |
| | | | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | XX-XXX2208 | Blanket Bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 08/16/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/17 | 3018 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Stamps and recording fees- Sales deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 2500-000 | | $827.00 | ($528,983.18) |
| 02/21/17 | 3019 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Notarial fees- Cancellation Deed Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 3210-000 | | $6,500.00 | ($535,483.18) |
| 02/21/17 | 3020 | GOBLE & GUZMAN LAW OFFICES, PSC PO BOX 192021SAN JUAN PR 00919-2021 | Stamps and recording fees- Cancellation Deed and Other expenses Per Order entered on February 3, 2017 [Refer to dockets #76 and #85] | 2500-000 | | $7,809.50 | ($543,292.68) |
| 02/22/17 | 3 | KEYLA TRAVERSO | Proceeds from sale commercial Lavadero Ward on Hormigueros, Puerto Rico [Refer to dockets #76, #85 and #90] | 1110-000 | $750,000.00 | | $206,707.32 |
| 03/08/17 | 3021 | LUGO MENDER, WIGBERTO Centro Internacional de Mercadeo100 Carr. 165 Suite 501Guaynabo, PR 00968-8052 | As per Court Order entered on March 7, 2017 [Reimbursed expenses] Refer to dockets #89 and #93 | 2200-000 | | $501.35 | $206,205.97 |
| 04/05/17 | 3022 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo100 Carr. 165 Torre I Suite 501Guaynabo, PR 00968 | As per Court Order entered on April 5, 2017 [Trustee's Attorney] Refer to dockets #91 and #96 | 3110-000 | | $4,635.00 | $201,570.97 |
| 04/10/17 | 3024 | U.S. BANKRUPTCY COURT US Post Office and Courthouse300 Recinto Sur Room 109San Juan PR 00901 | Certify document- Writ Cancellation of Mortgage Note | 2700-000 | | $11.00 | $201,559.97 |
| 09/11/17 | 3025 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo100 Carr. 165 Torre I Suite 501Guaynabo, PR 00968 | As per Court Order entered on , 2017 [Trustee's Attorney] Refer to dockets #105 and #108 | | | $985.19 | $200,574.78 |
| | | LUGO MENDER GROUP, LLC | Attorney fees ($962.50) | 3110-000 | | | |
| | | | Page Subtotals: | | $750,000.00 | $21,269.04 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-04345 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: RICOMINI BAKERY HORMIGUEROS INC | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX9748 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX2208 | Blanket Bond (per case limit): $16,477,482.00 |
| For Period Ending: 08/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | LUGO MENDER GROUP, LLC | Attorney expenses ($22.69) | 3120-000 | | | |
| 10/26/17 | | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on October 12, 2017 [Refer to dockets #110 and #111] | 2300-000 | | $467.41 | $200,107.37 |
| 11/02/17 | | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on October 26, 2016 [Refer to dockets #40 and #51] | 2300-000 | | $0.13 | $200,107.24 |
| 05/07/18 | 3026 | LUGO MENDER, WIGBERTO Centro Internacional de Mercadeo100 Carr. 165 Suite 501Guaynabo, PR 00968-8052 | As per Court Order entered on May 7, 2018 [Reimbursed expenses] Refer to dockets #123 and #125 | 2200-000 | | $100.04 | $200,007.20 |
| 07/06/18 | 3027 | ALBERT TAMAREZ VASQUEZ PO BOX 194136 SAN JUAN, PR 00919-4136 | As per Court Order entered on 07/06/2018 [Accountant for the Estate] Refer to dockets #127 and #130 | | | $1,590.28 | $198,416.92 |
| | | ALBERT TAMAREZ VASQUEZ | Accountant fees ($1,500.00) | 3410-000 | | | |
| | | ALBERT TAMAREZ VASQUEZ | Accountant expenses ($90.28) | 3420-000 | | | |
| 11/02/18 | 3028 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR 00968-8052 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $66,750.00 | $131,666.92 |
| 11/02/18 | 3029 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR 00968-8052 | Final distribution representing a payment of 2.36 % per court order. | 2200-000 | | $17.75 | $131,649.17 |
| 11/02/18 | 3030 | INTERNAL REVENUE SERVICE CIO PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 4300-000 | | $1,662.05 | $129,987.12 |
| 11/02/18 | 3031 | MUNICIPIO DE CABO ROJO PO BOX 1308 Cabo Rojo, PR 00623 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5800-000 | | $49,577.48 | $80,409.64 |

| | | | Page Subtotals: | | $0.00 | $120,165.14 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-04345 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: RICOMINI BAKERY HORMIGUEROS INC | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX9748 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX2208 | Blanket Bond (per case limit): $16,477,482.00 |
| For Period Ending: 08/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/18 | 3032 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PUERTO RICO 00936-5028 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | $11,015.99 | $69,393.65 |
| 11/02/18 | 3033 | CRIM<br>OFFICE LEGAL COUNSEL<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | Final distribution to claim 2 representing a payment of 4.45 % per court order. | 7100-000 | | $319.66 | $69,073.99 |
| 11/02/18 | 3034 | MUNICIPIO DE CABO ROJO<br>PO BOX 1308<br>Cabo Rojo, PR 00623 | Final distribution to claim 4 representing a payment of 4.45 % per court order. | 7100-000 | | $490.03 | $68,583.96 |
| 11/02/18 | 3035 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PUERTO RICO 00936-5028 | Final distribution to claim 5 representing a payment of 4.45 % per court order. | 7100-000 | | $937.70 | $67,646.26 |
| 11/02/18 | 3036 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan, PR 00919-5540 | Final distribution to claim 7 representing a payment of 4.45 % per court order. | 7100-000 | | $424.93 | $67,221.33 |
| 11/02/18 | 3037 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan, PR 00919-5540 | Final distribution to claim 8 representing a payment of 4.45 % per court order. | 7100-000 | | $92.52 | $67,128.81 |
| 11/02/18 | 3038 | BANCO POPULAR DE PUERTO RICO SPECIAL LOANS<br>MIGDALIA EFFIE GUASP, ESQ.<br>SPECIAL LOANS DEPARTMENT (749)<br>PO BOX 362708, SAN JUAN, PR 00936-2708 | Final distribution to claim 9 representing a payment of 4.45 % per court order. | 7100-000 | | $67,128.81 | $0.00 |
| 12/17/18 | 3030 | INTERNAL REVENUE SERVICE<br>CIO<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. Reversal | 4300-000 | | ($1,662.05) | $1,662.05 |
| 04/22/19 | 3039 | CRIM<br>OFFICE LEGAL COUNSEL<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | Final distribution to claim 2 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $7.66 | $1,654.39 |

Page Subtotals: $0.00 $78,755.25

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-04345 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | RICOMINI BAKERY HORMIGUEROS INC | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX9748 |
| | | | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | XX-XXX2208 | Blanket Bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 08/16/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/22/19 | 3040 | MUNICIPIO DE CABO ROJO<br>PO BOX 1308<br>Cabo Rojo, PR 00623 | Final distribution to claim 4 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $11.73 | $1,642.66 |
| 04/22/19 | 3041 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PUERTO RICO 00936-5028 | Final distribution to claim 5 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $22.46 | $1,620.20 |
| 04/22/19 | 3042 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan, PR 00919-5540 | Final distribution to claim 7 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $10.17 | $1,610.03 |
| 04/22/19 | 3043 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan, PR 00919-5540 | Final distribution to claim 8 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $2.21 | $1,607.82 |
| 04/22/19 | 3044 | BANCO POPULAR DE PUERTO RICO SPECIAL LOANS<br>MIGDALIA EFFIE GUASP, ESQ.<br>SPECIAL LOANS DEPARTMENT (749)<br>PO BOX 362708, SAN JUAN, PR 00936-2708 | Final distribution to claim 9 creditor account # representing a payment of 0.11 % per court order. | 7100-000 | | $1,607.82 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $1,450,000.00 | $1,450,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $1,450,000.00 | $1,450,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $1,450,000.00 | $1,450,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals: $0.00   $1,654.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9748 - Banco Santander, P.R. - Checking Ac | $1,450,000.00 | $1,450,000.00 | $0.00 |
| | $1,450,000.00 | $1,450,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,450,000.00 |
| Total Gross Receipts: | $1,450,000.00 |

Page Subtotals:  $0.00  $0.00